IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02331-REB-MJW

DIEGO O. MEDINA,

Plaintiff(s),

v.

WAL-MART STORES, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Court Approval of Stipulated Protective Order (docket no. 7) is GRANTED.  The written Stipulated Protective Order is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: January 29, 2008