IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02331-PAB-MJW

DIEGO O. MEDINA,

      Plaintiff,

v.

WAL-MART STORES, INC.,

      Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

      THIS MATTER comes before the Court upon the parties' Stipulated Motion for

Dismissal.  The Court has reviewed the pleading and is fully advised in the premises.  It is

      **ORDERED** that the parties' Stipulated Motion to Dismiss with Prejudice (Docket No.

28) is granted.  It is further

      **ORDERED** that this matter, and all claims asserted therein, is dismissed with prejudice,

with each party to bear his/its own attorneys' fees and costs.

      DATED this 13th day of November, 2008.

                        BY THE COURT:


                         s/Philip A. Brimmer_____
                        PHILIP A. BRIMMER
                        United States District Judge